IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL ANTHONY LORUSSO,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-CV-4553** |
| | : | |
| **ARAMARK FOOD SERVICE,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 1st day of May, 2023, upon consideration of Plaintiff Michael Anthony LoRusso's Motion to Alter or Amend Judgment (ECF No. 5), it is **ORDERED** that:

1. LoRusso's Motion to Alter or Amend Judgment is **DENIED** for the reasons set forth in the accompanying Memorandum.

2. If LoRusso seeks to proceed with this case, he shall remit $402 (the $350 filing fee and $52 administrative fee) to the Clerk of Court within fourteen (14) days of the date of this Order. The fees are not refundable, even if this case is dismissed.

3. In the event LoRusso pays the fees, the Clerk shall not issue summonses until so **ORDERED**, so that the Court may screen the Complaint pursuant to 28 U.S.C. § 1915A.

4. If LoRusso fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

5. The Clerk of Court is **DIRECTED** to change LoRusso's address of record on the docket to reflect that LoRusso is now incarcerated at Northwest Florida Reception Center (Annex) located at 4455 Sam Mitchell Drive, Chipley, Florida, 32428-3501.

6. The Clerk of Court is **DIRECTED** to mail a copy of this Order and its accompanying Memorandum to LoRusso at **both** Northwest Florida Reception Center (Annex) and Dade Correctional Institution located at 19000 S.W. 377th Street, Florida City, Florida,

33034-6409 to ensure receipt by LoRusso.

                                        **BY THE COURT:**

                                        **<u>/s/  Harvey Bartle III</u>**
                                        **HARVEY BARTLE III, J.**